**JAMES T. VOCELLE, as director of the Beverage Department of the State of Florida, v. Winter Haven Golf Club, Inc., a Florida Corporation.**

32 So. (2nd) 281                                  June Term, 1947
October 21, 1947                                         En Banc
Rehearing denied November 12, 1947

*J. Tom Watson,* Attorney General, and *D. Fred McMullen,* Assistant Attorney General, for petitioner.

*Robert L. Staufer,* for respondent.

BARNS, J.:

Upon the authority of Vocelle v. Tallahassee Lodge No. 937, this day rendered, the writ of certiorari is granted, the order granting a temporary injunction quashed and the order denying motion to dismiss it likewise quashed and ordered granted.

THOMAS, C. J., TERRELL, BUFORD, CHAPMAN, ADAMS and SEBRING, JJ., concur.